IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VICTOR AVITIA ESPARZA,<br><br>　　　　　　Defendant. | 8:20MJ455<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Toni M. Leija-Wilson to withdraw as counsel for the defendant, Victor Avitia Esparza (Filing No. 15). Chinedu Igbokwe has filed an entry of appearance as retained counsel for Victor Avitia Esparza. Therefore, Toni M. Leija-Wilson's motion to withdraw (Filing No. 15) will be granted.

Toni M. Leija-Wilson shall forthwith provide Chinedu Igbokwe any discovery materials provided to the defendant by the government and any such other materials obtained by Toni M. Leija-Wilson which are material to Victor Avitia Esparza's defense.

The clerk shall provide a copy of this order to Chinedu Igbokwe.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge